# IN THE SUPREME COURT OF THE STATE OF NEVADA

RYAN ULYSSES GOUDIE,
Appellant,

vs.

JENNIFER MARGARET PACKARD-
KEANE,
Respondent.

No. 74385

FILED

JAN 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on November 8, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Lisa M. Brown, District Judge, Family Court Division
Ryan Ulysses Goudie
Walsh & Friedman, Ltd.
Eighth District Court Clerk

18-01961